UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BENJAMIN ELDRIDGE                           CIVIL ACTION

VERSUS                                      NO: 06-10744

MAGNOLIA MARINE TRANSPORT                   SECTION: J(1)
COMPANY, ET AL

**ORDER**

Before the Court is Defendants Magnolia Marine Transport Company and Ergon, Inc.'s **Motion to Reconsider (Rec. Doc. 25)** this Court's denial of Defendants' Motion to Dismiss (Rec. Doc. 15).  This motion, which is opposed, was set for hearing on March 19, 2008 on the briefs.

A district court has considerable discretion to grant or deny a motion for reconsideration.  <u>Kelly v. Bayou Fleet, Inc.</u>, No. 06-6871, 2007 WL 3275200, at *1 (E.D. La. Nov. 6, 2007). However, a court's reconsideration of an earlier order is an extraordinary remedy, which should be granted sparingly.  <u>Id.</u>

To succeed on a motion for reconsideration, a party must "clearly establish either a manifest error of law or fact or must present newly discovered evidence."  <u>Kelly</u>, 2007 WL 3275200. These motions cannot be used to raise arguments which could, and should, have been made before the judgment issued.  Moreover, they cannot be used to argue a case under a new legal theory."

Simon v. United States of America, 891 F.2d 1154, 1159 (5th Cir. 1990)(internal quotations omitted).

Because Defendants have failed to present any evidence that was not available to them at the time of the hearing on their initial motion to dismiss, and have similarly failed to establish a manifest error of law, their motion for reconsideration must be denied.  Accordingly,

**IT IS ORDERED** that Defendants' **Motion to Reconsider (Rec. Doc. 25)** is hereby **DENIED**.

New Orleans, Louisiana this 25th day of March, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE